**In re Petition of SOCIETY OF PROFESSIONAL JOURNALISTS, SIGMA DELTA CHI, UTAH CHAPTER, KUTV, Inc., KSL–TV, KTVX, KUED and KBYU.**

**No. 20269.**

Supreme Court of Utah.

Oct. 14, 1987.

Patrick A. Shea and Randy L. Dryer, Salt Lake City, for petitioners.

PER CURIAM:

The petitioners were granted a one-year experimental period for the modification of canons 3A(7) and 3A(8) of the Utah Code of Judicial Conduct,[1] which prohibit "broadcasting, televising, or recording in the courtroom and areas immediately adjacent thereto during sessions of court or recesses between sessions" and "taking photographs (including motion picture and videotape)," respectively. Those canons were suspended only with respect to proceedings in the Supreme Court. The petitioners have asked for a one-year extension of that ruling, and this Court hereby grants said extension. The guidelines set forth in *In*

---

2. *See* Utah R.Civ.P. 34 & 36.

1. *In re Society of Professional Journalists*, 727 P.2d 198 (Utah 1986).

*re Society of Professional Journalists*[2] shall remain in full force and effect.